UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jeffrey Chamberlain<br>　　　Debtor<br>_____<br>Nationstar Mortgage LLC,<br>　　　Movant,<br>v.<br><br>Jeffrey Chamberlain,<br>　　Respondent/Debtor,<br>and<br>Ronda J. Winnecour, Trustee,<br>　　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-10177/TPA<br><br>Hearing April 19, 2016 at 1:00 pm<br><br>Docket #: _____<br><br>Related to Doc # ___9____ |

## OBJECTION OF NATIONSTAR MORTGAGE LLC TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION

Nationstar Mortgage LLC, by and through its counsel, Shapiro & DeNardo, LLC, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

1. On or about March 4, 2016, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $0.00 to be paid to the Trustee through the Plan.

3. Movant is in the process of filing a Proof of Claim and wishes for the hearing to be continued until after the POC Bar date.

4. Movant holds an allowed claim, secured only by Debtor's principal residence located at 154 Carrier Road, Transfer, PA 16154.

5. The Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

6. The Plan fails to comply with 11 U.S.C. § 1322.

7. The Plan fails to comply with 11 U.S.C. § 1325.

8. The Court must deny confirmation of Debtor's Chapter 13 Plan.

      WHEREFORE, Nationstar Mortgage LLC respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

      Respectfully submitted,

Dated:  April 15, 2016       BY: /s/ Kristen D. Little
      Kristen D. Little, Esquire
      Shapiro & DeNardo, LLC
      3600 Horizon Drive, Suite 150
      King of Prussia, PA 19406
      (610)278-6800/ fax (847) 954-4809
S&D File #:15-049919       PA BAR ID #79992
      pabk@logs.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Chamberlain<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC<br>    Movant,<br>v.<br><br>Jeffrey Chamberlain<br>    Respondent/Debtor,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-10177/TPA |

**ORDER**

AND NOW, this _____ day of _____, 2016, upon consideration of the Objection of Nationstar Mortgage LLC to the confirmation of Debtor's Chapter 13 Plan of Reorganization, it is hereby ORDERED that the Objection is sustained, and confirmation of Debtor's Plan is denied.

BY THE COURT:

_____
HONORABLE THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE